**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

District of __Delaware__
(State)

Case number (If known): _____ Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. **Debtor's name** | Last Call Guarantor, LLC, for itself and on behalf of each of its series | |
| 2. **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names, and *doing business as* names | Fox and Hound <br> Bailey's Sports Grille <br> Champps Kitchen and Bar | |
| 3. **Debtor's federal Employer Identification Number** (EIN) | __ __ - __ __ __ __ __ __ __ | |
| 4. **Debtor's address** | **Principal place of business** <br><br> 19111  Dallas Parkway <br> Number   Street <br><br><br> Dallas     TX     75287 <br> City     State   ZIP Code <br><br><br> Dallas <br> County | **Mailing address, if different from principal place of business** <br><br> Number   Street <br><br> P.O. Box <br><br> City   State   ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> Number   Street <br><br> City   State   ZIP Code |
| 5. **Debtor's website** (URL) | www.champps.com and www.foxandhound.com | |
| 6. **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ | |

Debtor __Last Call Guarantor, LLC, for itself and on behalf of each of its series__    Case number *(if known)* _____
      Name

| | |
|---|---|
| **7. Describe debtor's business** | A. *Check one:*<br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. § 101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))<br>☒ None of the above<br><br>B. *Check all that apply:*<br>☐ Tax-exempt entity (as described in 26 U.S.C. § 501)<br>☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .<br>  7   2   2   5 |
| **8. Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:*<br>☐ Chapter 7<br>☐ Chapter 9<br>☒ Chapter 11. *Check all that apply:*<br>    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every 3 years after that).<br>    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>    ☐ A plan is being filed with this petition.<br>    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>☐ Chapter 12 |
| **9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br>If more than 2 cases, attach a separate list. | ☒ No<br>☐ Yes.  District _____ When _____ Case number _____<br>                                       MM / DD / YYYY<br>       District _____ When _____ Case number _____<br>                                       MM / DD / YYYY |
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br>List all cases. If more than 1, attach a separate list. | ☐ No<br>☒ Yes.  Debtor __See Schedule 1 attached hereto__  Relationship _____<br>       District _____ When _____<br>       Case number, if known _____  MM / DD / YYYY |

Debtor  **Last Call Guarantor, LLC, for itself and on behalf of each of its series**          Case number *(if known)* _____
         Name

| 11. **Why is the case filed in *this district*?** | *Check all that apply:*<br>☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
|---|---|
| 12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☒ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br><br>**Where is the property?** _____<br>    Number    Street<br>_____<br>City    State    ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes. Insurance agency _____<br>    Contact name _____<br>    Phone _____ |

### Statistical and administrative information

| 13. **Debtor's estimation of available funds** | *Check one:*<br>☒ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
|---|---|
| 14. **Estimated number of creditors*** | ☒ 1-49    ☐ 1,000-5,000    ☐ 25,001-50,000<br>☐ 50-99    ☐ 5,001-10,000    ☐ 50,001-100,000<br>☐ 100-199    ☐ 10,001-25,000    ☐ More than 100,000<br>☐ 200-999 |
| 15. **Estimated assets*** | ☐ $0-$50,000    ☐ $1,000,001-$10 million    ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000    ☒ $10,000,001-$50 million    ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000    ☐ $50,000,001-$100 million    ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million    ☐ $100,000,001-$500 million    ☐ More than $50 billion |

Official Form 201        Voluntary Petition for Non-Individuals Filing for Bankruptcy        page 3


American LegalNet, Inc.
www.FormsWorkFlow.com

| Debtor | Last Call Guarantor, LLC, for itself and on behalf of each of its series | Case number (if known) |
|---|---|---|
| | Name | |

**16. Estimated liabilities***

- [ ] $0-$50,000
- [ ] $50,001-$100,000
- [ ] $100,001-$500,000
- [ ] $500,001-$1 million
- [ ] $1,000,001-$10 million
- [ ] $10,000,001-$50 million
- [ ] $50,000,001-$100 million
- [x] $100,000,001-$500 million
- [ ] $500,000,001-$1 billion
- [ ] $1,000,000,001-$10 billion
- [ ] $10,000,000,001-$50 billion
- [ ] More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 08/10/2016
MM / DD / YYYY

X /s/ Roy Messing
Signature of authorized representative of debtor

Roy Messing
Printed name

Title Chief Restructuring Officer

**18. Signature of attorney**

X _[signature]_
Signature of attorney for debtor

Date 8/10/2016
MM / DD / YYYY

Dennis A. Meloro
Printed name

Greenberg Traurig, LLP
Firm name

1007    N Orange Street, Suite 1200
Number    Street

Wilmington                    DE        19801
City                          State     ZIP Code

302-661-7000                  melorod@gtlaw.com
Contact phone                 Email address

4435                          DE
Bar number                    State

# **SCHEDULE 1**

The following list identifies all of the affiliated entities, including the Debtor filing this petition (collectively, the "Debtors"), that filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware, contemporaneously with the filing of this petition. The Debtors filed a motion requesting joint administration.

1. Last Call Guarantor, LLC
2. Last Call Holding Co. I, Inc.
3. Last Call Holding Co. II, Inc.
4. Last Call Operating Co I., Inc.
5. F&H Restaurants IP, Inc.
6. Last Call Operating Co II., Inc.
7. Champps Restaurants IP, Inc.
8. KS Last Call Inc.
9. MD Last Call Inc.

MINUTES OF A SPECIAL MEETING
OF
THE SOLE RESTRUCTURING MANAGER
OF
LAST CALL GUARANTOR, LLC

August 9, 2016

On August 9, 2016 at 3:30 p.m. EST a special meeting of the sole Restructuring Manager (the "Manager") of Last Call Guarantor, LLC (the "Company"), was held telephonically. All of the parties present were able to be heard. Wayne Walker, being the sole restructuring manager of the Company and each of the series of the Company (each, a "Series"), was present. Also present were: (1) Roy Messing, Jonathan Tibus and Stephanie Medley, (2) Nancy Mitchell, Nancy Peterman, and John Elrod of Greenberg Traurig, LLP; (3) David Kanel of Miller Starr Regalia, (4) Robert Smith and Michael Goodman of SSG Capital Advisors, LLC, and (5) Richard Altman of Ankura Consulting Group.

The meeting was called to order by Walker, and on the agenda was the approval of the filing of a voluntary petition for relief under the provisions of Chapter 11 of the Bankruptcy Code, 11 U.S.C. §§ 101, *et seq.* (the "Bankruptcy Code") for the Company, each Series and the direct and indirect subsidiaries of the Company (the "Subsidiaries").

The Manager waived any notice requirements for a meeting.

The Manager considered the Company's, each Series' and the Subsidiaries' respective liabilities, the strategic alternatives available, and the impact of the foregoing on the Company's, each Series' and the Subsidiaries' respective businesses.

The Manager had the opportunity to consult with the management and the advisors of the Company, the Series and the Subsidiaries about the strategic alternatives available to the Company, the Series and the Subsidiaries.

Thereupon, upon motion duly made, the Manager approved the following resolutions:

RESOLVED, that in the judgment of the Manager, it is desirable and in the best interests of the Company, each of the Series and each of the Subsidiaries, their respective creditors, equity holders and other parties in interest, that the Company, for and on behalf of itself and each of the Series, and each of the Subsidiaries file or cause to be filed a voluntary petition for relief, under the provisions of Chapter 11 of the Bankruptcy Code ("Chapter 11") in the United States Bankruptcy Court for the District of Delaware;

RESOLVED, that Roy Messing and each of the Subsidiaries' officers (collectively, each an "Authorized Person"), be, and is hereby, authorized and empowered to execute and file on behalf of the Company, for and on behalf of itself and each of the Series, and each of the Subsidiaries, as applicable, all petitions, schedules, lists, motions, applications, pleadings and other papers or documents as necessary to commence the Chapter 11 cases, including, but not limited to, motions to obtain the use of cash collateral and provide adequate protection therefor,

IN WITNESS WHEREOF, the undersigned does hereby certify that the aforesaid minutes and the resolutions contained therein are the true and correct minutes and resolutions duly adopted by the Manager of the Company at a special meeting thereof duly noticed and called, and that a signed copy of the aforesaid minutes has been filed in the minute book of the Company.

_____
Wayne Walker, in his capacity as Manager

*[Signature Page to Minutes of a Special Meeting of the Manager of Last Call Guarantor, LLC]*

ATL21382553v4

**Fill in this information to identify the case:**

Debtor name: Last Call Guarantor, LLC, for itself and on behalf of each of its series

United States Bankruptcy Court for the: District of Delaware (State)

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | GORDON FOOD SERVICES INC | PAYMENT PROCESSING CENTER DEPT CH10490 PALATINE, IL 60055 | Trade | | | | $524,146 |
| 2 | DIRECT TV INC | PO BOX 5006 CAROL STREAM, IL 60197 | Trade | | | | $201,891 |
| 3 | RIGHT PLACE MEDIA LLC | 437 LEWIS HARGETT CIR STE 130 LEXINGTON, KY 40503 | Trade | | | | $179,826 |
| 4 | BEN E KEITH CO INC | PO BOX 2628 FORT WORTH, TX 76113 | Trade | | | | $168,570 |
| 5 | PROOF ADVERTISING LLC | 114 W 7TH ST STE 500 AUSTIN, TX 78701 | Trade | | | | $112,919 |
| 6 | SHAPCO PRINTING INC. | SDS-12-2900 PO BOX 86 MINNEAPOLIS, MN 55422 | Trade | | | | $79,595 |
| 7 | EDWARD DON & COMPANY INC | 2562 PAYSPHERE CIR CHICAGO, IL 60674 | Trade | | | | $73,133 |
| 8 | REGENCY SIGN COMPANY | 172 E INDUSTRY CT DEER PARK, NY 11729 | Trade | | | | $65,558 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1

American LegalNet, Inc. www.FormsWorkFlow.com

Debtor    Last Call Guarantor, LLC, for itself and on behalf of each of its series    Case number (if known)
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9  DDRTC OVERLOOK AT KING OF PRUSSIA | DEPT 101772 30446 20969<br>PO BOX 534410<br>ATLANTA, GA 30353 | Landlord | | | | $61,247 |
| 10 HOSPITALITY MANAGEMENT SYSTEMS | 8064 REEDER ST<br>LENEXA, KS 66214 | Trade | | | | $61,003 |
| 11 UNITED FOOD SERVICE INC DBA SHAMROCK FOODS | 5199 IVY ST<br>COMMERCE CITY, CO 80022 | Trade | | | | $56,351 |
| 12 0564 CIRCLE CENTRE MALL LLC | 866980 RELIABLE PKWY<br>CHICAGO, IL 60686 | Trade | | | | $55,698 |
| 13 M3 TECHNOLOGY | MULTI MEDIA MASTERS INC<br>925 AIRPARK CENTER DR<br>NASHVILLE, TN 37217 | Trade | | | | $55,496 |
| 14 STREET RETAIL INC | C/O FEDERAL REALTY INVESTMENT<br>PO BOX 8500-9320<br>PHILADELPHIA, PA 19178 | Landlord | | | | $50,080 |
| 15 CLEVELAND MENU PRINTING, INC. | 1441 E 17TH ST<br>CLEVELAND, OH 44114 | Trade | | | | $47,806 |
| 16 NUCO2 LLC | PO BOX 417902<br>BOSTON, MA 02241 | Trade | | | | $47,490 |
| 17 SECUREWORKS INC | PO BOX 534583<br>ATLANTA, GA 30353 | Trade | | | | $46,746 |
| 18 BONAVENTURE | SDS 12 1243<br>PO BOX 86<br>MINNEAPOLIS, MN 55486 | Landlord | | | | $46,042 |
| 19 GGP LIMITED PTNRSHP DBA THE MALL IN COLUMBIA BUS TRUST | SDS-12-2738; PO BOX 86<br>MINNEAPOLIS, MN 55486 | Landlord | | | | $39,660 |
| 20 ARAMARK UNIFORM SERVICES INC | 25259 NETWORK PL<br>CHICAGO, IL 60673 | Trade | | | | $39,342 |


American LegalNet, Inc.
www.FormsWorkFlow.com

**Fill in this information to identify the case and this filing:**

Debtor Name: Last Call Guarantor, LLC, for itself and on behalf of each of its series

United States Bankruptcy Court for the: District of Delaware (State)

Case number (If known): _____

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 08/10/2016      ✗ */s/ Roy Messing*
MM / DD / YYYY                Signature of individual signing on behalf of debtor

Roy Messing
Printed name

Chief Restructuring Officer
Position or relationship to debtor

ATL 21354566v4

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Last Call Guarantor, LLC, | Case No. 16-_____ ( ) |
| Debtor. | |

## LIST OF EQUITY SECURITY HOLDERS

1. Last Call Holdings, LLC


[The remainder of this page is intentionally blank.]

*ATL 21354566v4*

**Fill in this information to identify the case and this filing:**

Debtor Name: Last Call Guarantor, LLC, for itself and on behalf of each of its series

United States Bankruptcy Court for the: _____ District of Delaware

Case number (If known): _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☒ Other document that requires a declaration    List of Equity Security Holders

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 08/10/2016        ✗ /s/ Roy Messing
MM / DD / YYYY                    Signature of individual signing on behalf of debtor

                                  Roy Messing
                                  Printed name

                                  Chief Restructuring Officer
                                  Position or relationship to debtor

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Last Call Guarantor, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 16-_____ (   ) |

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Federal Rule Bankruptcy Procedure 1007(a)(1), the following are corporations, other than a governmental unit, that directly or indirectly own 10% or more of any class of the debtor's equity interests:

1. Last Call Holdings, LLC

2. DWV Maple Investments I, LTD

**Fill in this information to identify the case and this filing:**

Debtor Name: Last Call Guarantor, LLC, for itself and on behalf of each of its series

United States Bankruptcy Court for the: District of Delaware (State)

Case number (If known): _____

# Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☒ Other document that requires a declaration    Corporate Ownership Statement

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 08/10/2016    ✗ /s/ Roy Messing
MM / DD / YYYY            Signature of individual signing on behalf of debtor

                          Roy Messing
                          Printed name

                          Chief Restructuring Officer
                          Position or relationship to debtor

Official Form 202    Declaration Under Penalty of Perjury for Non-Individual Debtors


American LegalNet, Inc.
www.FormsWorkFlow.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Last Call Guarantor, LLC, | Case No. 16-_____ ( ) |
| Debtor. | |

## CERTIFICATION CONCERNING LIST OF ALL CREDITORS

The above-captioned debtor and debtor-in-possession (the "**Debtor**") hereby certifies under penalty of perjury that the *List of All Creditors*, submitted herewith, pursuant to Local Rule 1007-1(a) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, formatted in portable document format, containing the consolidated list of creditors of the Debtors, is complete and to the best of the Debtor's knowledge, correct and consistent with Debtor's books and records.

The information contained herein is based upon a review of the Debtor's books and records. However, no comprehensive legal and/or factual investigations with regard to possible defenses to any claims set forth in the *List of All Creditors* have been completed. Therefore, the listing does not and should not be deemed to constitute: (1) waiver of any defense to any listed claims; (2) an acknowledgement of the allowability of any listed claims; and/or (3) a waiver of any other right or legal position of the Debtors.

**Fill in this information to identify the case and this filing:**

Debtor Name: Last Call Guarantor, LLC, for itself and on behalf of each of its series

United States Bankruptcy Court for the: _____ District of Delaware (State)

Case number (If known): _____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☒ Other document that requires a declaration    List of Creditors

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 08/10/2016     ✗ /s/ Roy Messing
MM / DD / YYYY               Signature of individual signing on behalf of debtor

Roy Messing
Printed name

Chief Restructuring Officer
Position or relationship to debtor

ATL 21354566v4

Official Form 202    Declaration Under Penalty of Perjury for Non-Individual Debtors


American LegalNet, Inc.
www.FormsWorkFlow.com