**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| Last Call Guarantor, LLC, et al. | : | Case No. 16-11844 (KG) |
| | : | |
| | : | Jointly Administered |
| | : | NOTICE OF APPOINTMENT OF |
| Debtors. | : | COMMITTEE OF UNSECURED |
| --------------------------------- | : | CREDITORS |

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned cases:

1. **Gordon Food Service, Inc.,** Attn: Sharon Murphy, 1300 Gezon Parkway SW, Wyoming, MI 49509, Phone: 800-905-3012, Fax: 616-717-6024

2. **Right Place Media, LLC**, Attn: Joel Rapp, 437 Lewis Hargett Circle, Suite 130, Lexington, KY, 40503, Phone: 859-685-3800, Fax: 859-685-3801

3. **Ben E. Keith Co., Inc.**, Attn: Richard Grasso, P.O. Box 2628, Fort Worth, TX, 76113, Phone: 817-759-6116, Fax: 817-338-1701

4. **Proof Advertising LLC**, Attn: Sparky Witte, 114 West 7th Street, Suite 500, Austin, TX 78701, Phone: 512-427-3149, Fax: 512-345-6227

5. **Cleveland Menu Printing, Inc.,** Attn: Sarah Taylor, 1441 East 17th St., Cleveland, OH, 44114, Phone: 216-241-5256, Fax: 216-241-5659

6. **GGP Limited Partnership,** Attn: Julie Minnick Bowden, 110 N. Wacker Dr., Chicago, IL 60606, Phone: 312-960-2707, Fax: 312-442-6374

7. **DDR Corp.,** Attn: Renee B. Weiss, Esq ., 3300 Enterprise Parkway, Beachwood, OH, 44122, Phone: 216-755-5662, Fax: 216-755-1662

ANDREW R. VARA
Acting United States Trustee, Region 3


 /s/ Hannah M McCollum for
T. PATRICK TINKER
ASSISTANT UNITED STATES TRUSTEE

DATED: August 23, 2016

Attorney assigned to this Case: Hannah M. McCollum, Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Dennis Meloro, Esquire, Phone: (302) 661-7395, Fax (302) 661-7165