IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

```
-----------------------------------------------------------------x
                                                                 :
In re:                                                           :   Chapter 11
                                                                 :
LAST CALL GUARANTOR, LLC., et al.,                               :   Case No. 16-11844 (KG))
                                                                 :
        Debtors.                                                 :   (Jointly Administered)
-----------------------------------------------------------------x
```

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Jeffrey N. Pomerantz of Pachulski Stang Ziehl & Jones LLP to represent the Official Committee of Unsecured Creditors in these proceedings.

Dated: August 23, 2016        */s/ Bradford J. Sandler*_____
                              Bradford J. Sandler (DE Bar No. 4142)
                              Pachulski Stang Ziehl & Jones LLP
                              919 North Market Street, 17th Floor, P.O. Box 8705
                              Wilmington, Delaware 19899-8705 (Courier 19801)

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 3/25/14. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for District Court.

/s/ *Jeffrey N. Pomerantz*_____
Jeffrey N. Pomerantz, Esquire
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard
13th Floor
Los Angeles, CA 90067-4003
Telephone:  (310) 277-6910
Facsimile:  (310) 201-0760
Email:  jpomerantz@pszjlaw.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED THAT counsel's motion for admission *pro hac vice* is granted.

DOCS_NY:34094.1