IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| LAST CALL GUARANTOR, LLC, et al.,[1] | Case No. 16-11844 (KG) |
| Debtors. | (Jointly Administered) |
| | Ref. Docket No. 139 |

### ORDER RE SHORTENING NOTICE OF THE MOTION OF THE DEBTORS FOR ENTRY OF ORDERS (I)(A) APPROVING BID PROCEDURES RELATING TO THE SALE OF ALL OR SUBSTANTIALLY ALL OF THEIR ASSETS, (B) ESTABLISHING PROCEDURES IN CONNECTION WITH THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES, (C) APPROVING NOTICE PROCEDURES, AND (E) GRANTING RELATED RELIEF; AND (II)(A) AUTHORIZING THE SALE OF SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND OTHER INTERESTS; (B) APPROVING THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES RELATED THERETO; AND (C) GRANTING RELATED RELIEF

Upon the motion (the "**Motion to Shorten**") filed by the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**") pursuant to sections 102(1) and 105(a) of the Bankruptcy Code, Bankruptcy Rule 9006, and Local Rule 9006-1(e), for entry of an order shortening the time for notice of and objections to the *Motion Of The Debtors For Entry Of Orders (I)(A) Approving Bid Procedures Relating To The Sale Of All Or Substantially All Of Their Assets, (B) Establishing Procedures In Connection With The Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases, (C) Approving Notice Procedures, And (E) Granting Related Relief; And (II)(A) Authorizing The Sale Of Substantially All Of The*

---

[1] The Debtors in these Chapter 11 Cases, along with the last four (4) digits of each Debtor's federal tax identification number, if applicable, are: Last Call Guarantor, LLC, Last Call Holding Co. I, Inc. (3962), Last Call Holding Co. II, Inc. (8727), Last Call Operating Co I., Inc. (3541), Last Call Operating Co II., Inc. (8272), F&H Restaurants IP, Inc. (0107), Champps Restaurants IP, Inc. (3776), KS Last Call Inc. (1480), and MD Last Call Inc. (9190). The Debtors' business address is 19111 Dallas Pkwy, Unit 370, Dallas, TX 75287.

*Debtors' Assets Free And Clear Of Liens, Claims, Encumbrances, And Other Interests; (B) Approving The Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases Related Thereto; And (C) Granting Related Relief* (the "**Motion**"); it appearing that this Court has jurisdiction to consider the Motion to Shorten pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that venue of these Chapter 11 Cases and the Motion to Shorten in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b);

The Court will hear argument on the Motion to Shorten on August 31, 2016, at 10:00 a.m. and, if granted, may consider the Motion or reschedule it for hearing at a later date.

Dated: August 30, 2016

_____
HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE