IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>LAST CALL GUARANTOR, LLC., *et al.*,[1]<br><br>Debtors. | Case No.: 16-11844 (KG)<br><br>Chapter 11<br><br>(Jointly Administered)<br><br>**Related to Docket Nos. 158, 159** |

## AFFIDAVIT OF SERVICE

Diane K. Potts, being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski Stang Ziehl & Jones LLP, counsel to the Official Committee of Unsecured Creditors in the above-captioned action, and that on the 30th day of August 2016, she caused a copy of the following document(s) to be served upon the attached service list(s) in the manner indicated:

1. *Objection /Preliminary Objection of The Official Committee of Unsecured Creditors to Motion of the Debtors for Entry of Interim and Final Orders Pursuant to 11 U.S.C. Sections 105, 361, 362, 363, 364, 503 and 507 (I) Authorizing the Debtors to Continue to Use Cash Collateral on an Emergency Basis Pending a Final Hearing, (II) Authorizing the Debtors to Incur PostPetition Debt on an Emergency Basis Pending a Final Hearing, (III) Granting Adequate Protection and Authorizing the Debtors to Provide Security and Other Relief to Fun Eats and Drinks LLC, as Lender, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief* – Docket No. 158; and,

2. *Objection of The Official Committee of Unsecured Creditors to the Motion of the Debtors for Entry of an Order Shortening Notice of the Motion of The Debtors For Entry Of Orders (I)(A) Approving Bid Procedures Relating To The Sale Of All Or Substantially All Of Their Assets, (B) Establishing Procedures In Connection With The Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases, (C) Approving Notice Procedures, And (D) Granting Related Relief; And (II)(A) Authorizing The Sale Of Substantially All Of The Debtors' Assets Free And Clear Of Liens, Claims, Encumbrances, And Other Interests; (B) Approving The Assumption And Assignment Of Certain Executory Contracts And*

---

[1] The Debtors in these chapter 11 cases, along with the last four (4) digits of each Debtor's federal tax identification number, if applicable, are: Last Call Guarantor, LLC, Last Call Holding Co. I, Inc. (3962), Last Call Holding Co. II, Inc. (8727), Last Call Operating Co I., Inc. (3541), Last Call Operating Co II., Inc. (8272), F&H Restaurants IP, Inc. (0107), Champps Restaurants IP, Inc. (3776), KS Last Call Inc. (1480), and MD Last Call Inc. (9190). The Debtors' business address is 19111 Dallas Pkwy, Unit 370, Dallas, TX 75287.

*Unexpired Leases Related Thereto; And (C) Granting Related Relief* Docket No. 159.

_____
Diane K. Potts

SWORN TO AND SUBSCRIBED
by me on this 31 day of August 2016.

_____
Notary Public
My Commission Expires: _____

KA JOHN BOWER
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires October 14, 2016

Last Call Guarantor 2002 Service List
Case No. 16-11844 (KG)
Document No. 209216
08 – Hand Delivery
51 – First Class Mail

*(Counsel to the Official Committee of Unsecured Creditors)*
Bradford Sandler, Esquire
Pachulski Stang Ziehl & Jones, LLC
919 N. Market Street, 17th Floor
Wilmington, DE 19801

***HAND DELIVERY***
*(United States Trustee)*
Hannah Mufson McCollum, Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building, Suite 2207
844 King Street, Lockbox 35
Wilmington, DE 19801

***HAND DELIVERY***
*(State Attorney General)*
Matthew P. Denn, Esquire
Delaware Department of Justice
Carvel State Office Building, 5th Floor
820 N. French Street
Wilmington, DE 19801

***HAND DELIVERY***
Zillah A. Frampton, Bankruptcy Administrator
Delaware Division of Revenue
Carvel State Office Building, 8th Floor
820 N. French Street
Wilmington, DE 19801

***HAND DELIVERY***
*(United States Attorney)*
Charles Oberly, Esquire
c/o Ellen W. Slights, Esquire
United States Attorney's Office
District of Delaware
1007 N. Orange Street, Suite 700
Wilmington, DE 19801

***HAND DELIVERY***
*(Counsel to the Debtors)*
Dennis A. Meloro, Esq.
Greenberg Traurig LLP
1007 North Orange Street, Suite 1200
Wilmington, DE 19801

***HAND DELIVERY***
*(Counsel to Brixmor Property Group, Inc., Federal Realty Investment Trust, And Street Retail, Inc.)*
Leslie Heilman, Esq.
Matthew Summers, Esq.
Ballard Spahr LLP
919 Market Street, 11th Floor
Wilmington, DE 19801

***HAND DELIVERY***
*(Counsel to The Cafaro Management Company & Cypress Creek Associates Ltd.)*
Rachel B. Mersky, Esq.
Monzack Mersky Mclaughlin And Browder, P.A.
1201 N. Orange Street, Suite 400
Wilmington, DE 19801

***HAND DELIVERY***
*(Counsel to DWV Maple Investments I Ltd.)*
Domenic E. Pacitti, Esquire
Klehr Harrison Harvey Branzburg LLP
919 N. Market Street, Suite 1000
Wilmington, DE 19801

***FIRST CLASS MAIL***
*(United Stated Attorney General)*
Eric H. Holder, Jr., Esquire
Office of the US Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW, Room 4400
Washington, DC 20530-0001

DOCS_DE:209216.1 29905/001

**FIRST CLASS MAIL**
State of Delaware
Division of Corporations - Franchise Tax
PO Box 898
Dover, DE 19903

**FIRST CLASS MAIL**
Delaware Secretary of Treasury
820 Silver Lake Boulevard, Suite 100
Dover, DE 19904

**FIRST CLASS MAIL**
Office of General Counsel
U.S. Department of the Treasury
1500 Pennsylvania Avenue, NW
Washington, DC 20220

**FIRST CLASS MAIL**
Office of General Counsel
Securities & Exchange Commission
100 F Street, NE
Washington, DC 20554

**FIRST CLASS MAIL**
Sharon Binger, PA Regional Director
Securities & Exchange Commission
One Penn Center, Suite 520
1617 JFK Boulevard
Philadelphia, PA 19103

**FIRST CLASS MAIL**
Andrew Calamari, NY Regional Director
Securities & Exchange Commission
Brookfield Place, Suite 400
200 Vesey Street
New York, NY 10281

**FIRST CLASS MAIL**
Office of the Chief Counsel
Pension Benefit Guaranty Corporation
1200 K Street, NW
Washington, DC 20005

**FIRST CLASS MAIL**
Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101

**FIRST CLASS MAIL**
*(Counsel to the Debtors)*
Nancy A. Mitchell, Esq.
Nancy A. Peterman, Esq.
Matthew Hinker, Esq.
Greenberg Traurig LLP
200 Park Avenue
New York, NY 10166

**FIRST CLASS MAIL**
*(Counsel to the Debtors)*
John D. Elrod, Esq.
Greenberg Traurig LLP
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305

**FIRST CLASS MAIL**
*(Counsel to Brixmor Property Group, Inc., Federal Realty Investment Trust, And Street Retail, Inc.)*
David L. Pollack, Esquire
Ballard Spahr LLP
Mellon Bank Center, 51st Floor
1735 Market Street
Philadelphia, PA 19103

**FIRST CLASS MAIL**
*(Counsel to Arlington Isd, Richardson Isd)*
Elizabeth Banda Calvo
Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
500 E. Border Street, Suite 640
Arlington, TX 76010

*FIRST CLASS MAIL*
*(Counsel to Wp Glimcher Inc.)*
Ronald E. Gold, Esq.
Frost Brown Todd LLC
3300 Great American Tower
301 E. Fourth Street
Cincinatti, OH  45202

*FIRST CLASS MAIL*
*(Creditor)*
Richard T. Davis
The Cafaro Company
5577 Youngstown Warren Road
Niles, OH  44446

*FIRST CLASS MAIL*
*(Counsel to Tarrant County & Dallas County)*
Helen Weller
Linebarger Goggan Blair & Sampson, LLP
2777 N. Stemmons Freeway, Suite 1000
Dallas, TX  75207

*FIRST CLASS MAIL*
Kristen N. Pate; Julie Minnick Bowden
GGP Limited Partnership, As Agent
110 N. Wacker Drive
Chicago, IL  60606

*FIRST CLASS MAIL*
*(Counsel to DWV Maple Investments I Ltd.)*
Morton R. Branzburg, Esquire
Klehr Harrison Harvey Branzburg LLP
1835 Market Street, Suite 1400
Philadelphia, PA  19103

*FIRST CLASS MAIL*
*(Counsel to Bexar County)*
Don Stecker
Linebarger Goggan Blair & Sampson, LLP
711 Navarro Street, Suite 300
San Antonio, TX  78205

*FIRST CLASS MAIL*
*(Counsel to Gordon Food Service Inc.)*
Joseph R. Sgroi
Honigman Miller Schwartz and Cohn LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI  48226

*FIRST CLASS MAIL*
*(Counsel to Providence Town Center Ltd Partnership)*
Dana S. Plon, Esq.
Sirlin Lesser & Benson, P.C.
123 South Broad Street, Suite 2101
Philadelphia, PA  19109

*FIRST CLASS MAIL*
*(Counsel to Harris County)*
John Dillman
Linebarger Goggan Blair & Sampson, Llp
PO Box 3064
Houston, TX  77253-3064

*FIRST CLASS MAIL*
Steven A. Ginther
Missouri Department Of Revenue
Bankruptcy Unit
PO Box 475
Jefferson City, MO  65105-0475

*FIRST CLASS MAIL*
*(Counsel to BF045, Ltd.)*
Russell Ban Beustring, P.C.
9525 Katy Freeway, Suite 415
Houston, TX  77024

*FIRST CLASS MAIL*
*(Counsel to AEI Fund Management, Inc.)*
John M. Koneck
Fredrikson & Byron, P.A.
200 S. Sixth Street, Suite 4000
Minneapolis, MN  55402-1425

**FIRST CLASS MAIL**
(Counsel for The Oakland County Treasurer)
Kevin C. Calhoun
Calhoun & Di Ponio, PLC
29828 Telegraph Road
Southfield, MI 48034-1338

**FIRST CLASS MAIL**
(Counsel to Eastview Mall, LLC)
Donald C. Cowan Jr.
1265 Scottsville Road
Rochester, NY 14624

**FIRST CLASS MAIL**
Richard Grasso
Ben E. Keith Co., Inc
PO Box 2628
Fort Worth, TX 76113

**FIRST CLASS MAIL**
Sarah Taylor
Cleveland Menu Printing Inc
1441 E. 17th Street
Cleveland, OH 44114

**FIRST CLASS MAIL**
Renee B. Weiss, Esquire
DDR Corp.
3300 Enterprise Parkway
Beachwood, OH 44122

**FIRST CLASS MAIL**
Sharon Murphy
Gordon Food Services Inc
1300 Gezon Parkway SW
Wyoming, MI 49509

**FIRST CLASS MAIL**
Sparky White
Proof Advertising LLC
114 W 7Th Street, Ste 500
Austin, TX 78701

**FIRST CLASS MAIL**
Joel Rapp
Right Place Media LLC
437 Lewis Hargett Cir Ste 130
Lexington, KY 40503

**FIRST CLASS MAIL**
0564 Circle Centre Mall LLC
866980 Reliable Pkwy
Chicago, IL 60686

**FIRST CLASS MAIL**
Sarah Borders
Antares Capital
King & Spalding LLP
1180 Peachtree Street
Atlanta, GA 30309

**FIRST CLASS MAIL**
Aramark Uniform Services Inc
25259 Network Place
Chicago, IL 60673

**FIRST CLASS MAIL**
Bonaventure
SDS 12 1243
PO Box 86
Minneapolis, MN 55486

**FIRST CLASS MAIL**
K. Stern
DDRTC Overlook at King of Prussia
Dept 101772 30446 20969
PO Box 534410
Atlanta, GA 30353

**FIRST CLASS MAIL**
Direct TV, LLC
PO Box 5006
Carol Stream, IL 60197

**FIRST CLASS MAIL**
Managing Director of Credit & Treasury
Edward Don & Company Inc
9801 Adam Don Pkwy
Woodridge, IL 60517

**FIRST CLASS MAIL**
Mary Beth Freund
GGP Limited Ptnrshp
c/o Glimcher Development Services Inc
One Mellon Bank Center
500 Grant Street
Pittsburgh, PA  15219

**FIRST CLASS MAIL**
Hospitality Management Sys Inc
8064 Reeder Street
Lenexa, KS  66214

**FIRST CLASS MAIL**
M3 Technology Group Inc
d/b/a Multi Media Masters Inc
925 Airpark Center Drive
Nashville, TN  37217

**FIRST CLASS MAIL**
Nuco2 Llc
PO Box 417902
Boston, MA  02241

**FIRST CLASS MAIL**
Regency Sign Co Inc
172 E. Industry Court
Deer Park, NY  11729

**FIRST CLASS MAIL**
Secureworks Inc
PO Box 534583
Atlanta, GA  30353

**FIRST CLASS MAIL**
Shapco Printing Inc
SDS-12-2900
PO Box 86
Minneapolis, MN  55422

**FIRST CLASS MAIL**
Ronald M. Tucker, Esq.
Simon Property Group, Inc.
225 W. Washington Street
Indianapolis, IN  46204

**FIRST CLASS MAIL**
Street Retail Inc 400-3603
C/O Federal Realty Investment Trust
1626 E. Jefferson
St Rockville, MD  20852

**FIRST CLASS MAIL**
United Food Service Inc
D/B/A Shamrock Foods
5199 Ivy Street
Commerce City, CO  80022

**FIRST CLASS MAIL**
Wri Fiesta Trails, Lp
C/O Weingarten Realty Investors
2600 Citadel Plaza Drive, Suite 125
Houston, TX  77008