**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| LAST CALL GUARANTOR, LLC, *et al.*,[1] | Case No. 16-11844 (KG) |
| Debtors. | (Jointly Administered) |
| | **Ref Docket No:** 595, 727 |

**ORDER GRANTING MOTION OF DEBTORS FOR AN ORDER FURTHER EXTENDING THE EXCLUSIVE PERIODS DURING WHICH DEBTORS MAY FILE AND SOLICIT ACCEPTANCES OF A PLAN OF REORGANIZATION**

Upon consideration of the Motion of Debtors for an Order Further Extending the Exclusive Periods During which Debtors may File and Solicit Acceptances of a Plan of Reorganization (the **"Motion"**)[2] filed by the above-captioned debtors (the **"Debtors"**); and good cause having been shown; and no further notice or hearing on the Motion being required; therefor,

**THE COURT FINDS AND CONCLUDES THAT:**

A. This Court has jurisdiction over these Chapter 11 Cases under 28 U.S.C. § 1334(b).

B. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

C. Due and adequate notice has been given to all parties entitled thereto, and no other or further notice is necessary or required.

D. The relief requested in the Motion is necessary and in the best interests of the Debtors, their estates and their creditors.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four (4) digits of each Debtor's federal tax identification number, if applicable, are: Last Call Guarantor, LLC, Last Call Holding Co. I, Inc. (3962), Last Call Holding Co. II, Inc. (8727), Last Call Operating Co I., Inc. (3541), Last Call Operating Co II., Inc. (8272), FHR IP, Inc. (0107), CR IP, Inc. (3776), KS Last Call Inc. (1480), and MD Last Call Inc. (9190). The Debtors' business address is 19111 Dallas Pkwy, Unit 370, Dallas, TX 75287.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

**THEREFORE, IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED.

2. The Exclusive Filing Period for the Debtors is extended by ninety (90) days through and including June 6, 2017.

3. The Exclusive Solicitation Period for the Debtors is extended by ninety (90) days through and including August 7, 2017.

4. This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

April
Dated: ~~March~~ 11, 2017
Wilmington, Delaware

Kevin Gross
Honorable Kevin Gross
United States Bankruptcy Judge