**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| LAST CALL GUARANTOR, LLC, *et al.*,[1] | Case No. 16-11844 (KG) |
| Debtors. | (Jointly Administered) Related Docket No. 599, 728 |

**ORDER GRANTING FIRST OMNIBUS OBJECTION (SUBSTANTIVE) OF THE DEBTORS TO CLAIMS PURSUANT TO SECTIONS 105, 502(b), AND 503(b)(9) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1**

Upon the Objection[2] filed by the Debtors seeking entry of an Order: (i) reducing and reclassifying each of the Improperly Asserted 503(b)(9) Claims listed in **Exhibit A** attached hereto, (ii) disallowing the Duplicate Claims listed in **Exhibit B** attached hereto, and (iii) disallowing each of the Insufficient Documentation Claims listed in **Exhibit C** attached hereto; and it appearing that venue of these Chapter 11 Cases and the Objection in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having found that the relief requested in the Objection is in the best interests of the Debtors, their estates, their creditors and other parties in interest; and it appearing that proper and adequate notice of the Objection has been given and that no other or further notice is necessary; and after due deliberation thereon; and this Court having reviewed the Objection; and good and sufficient cause appearing therefor;

---

1 The Debtors in these Chapter 11 Cases, along with the last four (4) digits of each Debtor's federal tax identification number, if applicable, are: Last Call Guarantor, LLC, Last Call Holding Co. I, Inc. (3962), Last Call Holding Co. II, Inc. (8727), Last Call Operating Co I., Inc. (3541), Last Call Operating Co II., Inc. (8272), FHR IP, Inc. (0107), CR IP, Inc. (3776), KS Last Call Inc. (1480), and MD Last Call Inc. (9190). The Debtors' business address is 19111 Dallas Pkwy, Unit 370, Dallas, TX 75287.

2 Capitalized terms not otherwise defined herein shall the meanings ascribed to them in the Objection.

**IT IS HEREBY ORDERED THAT:**

1. The Objection is GRANTED as set forth herein.

2. Each Improperly Asserted 503(b)(9) Claim is hereby reduced and reclassified as set forth on **Exhibit A** attached hereto.

3. Each Duplicate Claim is hereby disallowed as set forth on **Exhibit B** attached hereto.

4. Each Insufficient Documentation Claim is hereby disallowed as set forth on **Exhibit C** attached hereto.

5. The claims agent shall amend the claims register maintained in the Chapter 11 Cases to conform to this Order.

6. Each Improperly Asserted 503(b)(9) Claim, Duplicate Claim, and Insufficient Documentation Claim and the Objection by the Debtors to such claims, as addressed in the Objection and the exhibits attached hereto, constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014 and Local Rule 3007-1. This Order shall be deemed a separate Order with respect to each claim. Any stay of this Order pending appeal by any claimant whose claim is subject to this Order shall only apply to the contested matter which involves such claimant and shall not act to stay the applicability and/or finality of this Order with respect to the other contested matters listed in the Objection or this Order.

7. Notwithstanding the possible applicability of Bankruptcy Rules 6004, 7062, 9014, or otherwise, the terms and conditions of this Order shall be immediately effective and

enforceable upon its entry. All time periods set forth in the Order shall be calculated in accordance with Bankruptcy Rule 9006(a).

8. The Debtors are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

9. This Court shall retain jurisdiction with respect to all matters arising from or relating to the interpretation or implementation of this Order.

Dated: April 11, 2017

Kevin Gross
HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE