

**DEPARTMENT OF THE TREASURY**
**INTERNAL REVENUE SERVICE**
Washington, D.C. 20224

**RECEIVED**

APR 27 2017

**LEGAL SERVICES**

SMALL BUSINESS/SELF-EMPLOYED DIVISION

04/25/2017

Filed: USBC - District of Delaware
Last Call Guarantor, LLC, et al., (COR)
16-11844 (KG)

0000000009

Epiq Bankruptcy Solutions LLC
757 Third Ave Third Fl
New York, NY 10017

Re: Last Call Guarantor LLC

Re: 16-11844DE01

Dear Claims Agent:

On 09/07/2016, a proof of claim was filed by the Internal Revenue Service for the above Corporation, in the above referenced case number. The assigned Claim # is unknown/redacted. This Proof of Claim has been satisfied. Please withdraw this claim.

If you have any questions, you may call me at (302) 286-1559 or you may write to me at Internal Revenue Service, 1352 Marrows Road, Suite 204, Newark, DE 19711

Sincerely,

Michael A James
Bankruptcy Advisor
Insolvency Group 3

RECEIVED

APR 27 2017

LEGAL SERVICES

| Fill in this information to identify the case: |
|---|
| Debtor 1    LAST CALL GUARANTOR LLC |
| Debtor 2 (Spouse, if filing) |
| United States Bankruptcy Court for the: _____ District of DELAWARE (State) |
| Case number   16-11844-KG |

Official Form 410
# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

### Part 1:    Identify the Claim

**1. Who is the current creditor?**
Department of the Treasury - Internal Revenue Service
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor

**2. Has this claim been acquired from someone else?**
■ No
☐ Yes. From whom?

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Internal Revenue Service
Name

P.O. Box 7346
Number    Street

Philadelphia    PA    19101-7346
City    State    ZIP Code

Contact phone    1-800-973-0424

Contact email

Creditor Number:

Uniform claim identifier for electronic payments in chapter 13 (if you use one)

Where should payments to the creditor be sent? (if different)

Internal Revenue Service
Name

1352 MARROWS ROAD STE 204
Number    Street

NEWARK    DE    19711-5445
City    State    ZIP Code

Contact phone    (302) 286-1559

Contact email

**4. Does this claim amend one already filed?**
■ No
☐ Yes.    Claim number on court claims registry (if known) _____    Filed on: _____
MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
■ No
☐ Yes. Who made the earlier filing?

**Part 2: Give Information About the Claim as of the Date the Case Was Filed**

6. **Do you have any number you use to identify the debtor?**
   - ☐ No
   - ☒ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: _See Attachment_

7. **How much is the claim?**   $ 46,000.00

   **Does this amount include interest or other charges?**
   - ☒ No
   - ☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

8. **What is the basis of the claim?**

   Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

   Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

   Limit disclosing information that is entitled to privacy, such as health care information.

   Taxes

9. **Is all or part of the claim secured?**
   - ☒ No
   - ☐ Yes. The claim is secured by a lien on property.

     **Nature of property:**
     - ☐ Real Estate. If the claim is secured by the debtor's principal residence, file a Mortgage Proof of Claim Attachment (Official Form 410-A) with this Proof of Claim.
     - ☐ Motor Vehicle
     - ☐ Other. Describe:

     **Basis for perfection:**
     Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

     **Value of Property:** $ _____

     **Amount of the claim that is secured:** $ _____

     **Amount of the claim that is unsecured:** $ _____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

     **Amount necessary to cure any default as of the date of the petition:** $ _____

     **Annual Interest Rate** (when case was filed)  %
     - ☐ Fixed
     - ☐ Variable

10. **Is this claim based on a lease?**
    - ☒ No
    - ☐ Yes. Amount necessary to cure any default as of the date of the petition. $ _____

11. **Is this claim subject to a right of setoff?**
    - ☐ No
    - ☒ Yes. Identify the property   See Attachment

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. §507(a)? | No<br>■ Yes. Check all that apply: | Amount entitled to priority |
|---|---|---|
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $ |
| | Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $ |
| | Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $ |
| | ■ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $ 46,000.00 |
| | Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $ |
| | Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $ |

*Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3: Sign Below

The person completing this proof of claim must sign and date it.
FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.
18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

■ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date 04/24/2017
MM / DD / YYYY

/s/ M. JAMES
(Signature)

**Print the name of the person who is completing and signing this claim:**

| Name | M. | | JAMES |
|---|---|---|---|
| | First name | Middle name | Last name |

Title: Revenue Officer/Advisor

Company: Internal Revenue Service
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address: 1352 MARROWS ROAD STE 204
Number    Street

NEWARK                    DE            19711-5445
City                      State         ZIP Code

Contact Phone (302) 286-1559         Email:

# Proof of Claim for Internal Revenue Taxes

Department of the Treasury/Internal Revenue Service



**In the Matter of:** LAST CALL GUARANTOR LLC
19111 DALLAS PKWY
DALLAS COUNTY
DALLAS, TX 75287

Form 410
Attachment

| Case Number |
| --- |
| 16-11844-KG |
| Type of Bankruptcy Case |
| CHAPTER 11 |
| Date of Petition |
| 08/10/2016 |

The United States has not identified a right of setoff or counterclaim. However, this determination is based on available data and is not intended to waive any right to setoff against this claim debts owed to this debtor by this or any other federal agency. All rights of setoff are preserved and will be asserted to the extent lawful.

This Claim Is Being Withdrawn.

**Unsecured Priority Claims** under section 507(a)(8) of the Bankruptcy Code

| Taxpayer ID Number | Kind of Tax | Tax Period | Date Tax Assessed | Tax Due | Interest to Petition Date |
| --- | --- | --- | --- | --- | --- |
| XX-XXX8093 | CORP-INC | 12/31/2015 | / NOT FILED | $46,000.00 | $0.00 |

**Total Amount of Unsecured Priority Claims:** $46,000.00

/ THE ABOVE LIABILITY HAS BEEN LISTED AS A POTENTIAL LIABILITY FOR THE DEBTOR BECAUSE THE RETURN HAS NOT BEEN FILED. AS SOON AS THE DEBTOR FILES THE RETURN WITH THE IRS AS REQUIRED BY LAW THIS CLAIM WILL BE ADJUSTED TO REFLECT THE ASSESSED LIABILITY.



**DEPARTMENT OF THE TREASURY**
**INTERNAL REVENUE SERVICE**
Washington, D.C. 20224

SMALL BUSINESS/SELF-EMPLOYED DIVISION

04/25/2017

Epiq Bankruptcy Solutions LLC
757 Third Ave Third Fl
New York, NY 10017

Re: Last Call Guarantor LLC

Re: 16-11844DE01

Dear Claims Agent:

On 09/07/2016, a proof of claim was filed by the Internal Revenue Service for the above Corporation, in the above referenced case number. The assigned Claim # is unknown/redacted. This Proof of Claim has been satisfied. Please withdraw this claim.

If you have any questions, you may call me at (302) 286-1559 or you may write to me at Internal Revenue Service, 1352 Marrows Road, Suite 204, Newark, DE 19711

Sincerely,

Michael A James
Bankruptcy Advisor
Insolvency Group 3

| Fill in this information to identify the case: |
|---|
| Debtor 1  LAST CALL GUARANTOR LLC |
| Debtor 2 (Spouse, if filing) |
| United States Bankruptcy Court for the: District of DELAWARE (State) |
| Case number  16-11844-KG |

Official Form 410
# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1: Identify the Claim

**1. Who is the current creditor?**
Department of the Treasury - Internal Revenue Service
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor

**2. Has this claim been acquired from someone else?**
■ No
☐ Yes. From whom?

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Internal Revenue Service
Name

P.O. Box 7346
Number  Street

Philadelphia    PA    19101-7346
City            State ZIP Code

Contact phone  1-800-973-0424

Contact email

Creditor Number:

Where should payments to the creditor be sent? (if different)

Internal Revenue Service
Name

1352 MARROWS ROAD STE 204
Number    Street

NEWARK    DE    19711-5445
City      State ZIP Code

Contact phone  (302) 286-1559

Contact email

Uniform claim identifier for electronic payments in chapter 13 (if you use one)

**4. Does this claim amend one already filed?**
■ No
☐ Yes. Claim number on court claims registry (if known) _____ Filed on: __/__/____ MM/DD/YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
■ No
☐ Yes. Who made the earlier filing?

## Part 2: Give Information About the Claim as of the Date the Case Was Filed

**6. Do you have any number you use to identify the debtor?**
- No
- ■ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: <u>See Attachment</u>

**7. How much is the claim?** $ 46,000.00

Does this amount include interest or other charges?
- ■ No
- Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Taxes

**9. Is all or part of the claim secured?**
- ■ No
- Yes. The claim is secured by a lien on property.

  **Nature of property:**
  - Real Estate. If the claim is secured by the debtor's principal residence, file a Mortgage Proof of Claim Attachment (Official Form 410-A) with this Proof of Claim.
  - Motor Vehicle
  - Other. Describe:

  **Basis for perfection:**
  Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

  **Value of Property:** $
  **Amount of the claim that is secured:** $
  **Amount of the claim that is unsecured:** $         (The sum of the secured and unsecured amounts should match the amount in line 7.)

  **Amount necessary to cure any default as of the date of the petition:** $

  **Annual Interest Rate** (when case was filed)   %
  - Fixed
  - Variable

**10. Is this claim based on a lease?**
- ■ No
- Yes. Amount necessary to cure any default as of the date of the petition. $

**11. Is this claim subject to a right of setoff?**
- No
- ■ Yes. Identify the property   See Attachment

| | | |
|---|---|---|
| 12. Is all or part of the claim entitled to priority under 11 U.S.C. §507(a)? <br><br> A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ No <br> ■ Yes. Check all that apply: | **Amount entitled to priority** |
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $ |
| | ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $ |
| | ☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $ |
| | ■ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $ 46,000.00 |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $ |

*Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3: Sign Below

The person completing this proof of claim must sign and date it.
FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.
18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

■ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date 04/24/2017
MM / DD / YYYY

/s/ M. JAMES
(Signature)

**Print the name of the person who is completing and signing this claim:**

| | | | |
|---|---|---|---|
| Name | M. <br> First name | <br> Middle name | JAMES <br> Last name |
| Title | Revenue Officer/Advisor | | |
| Company | Internal Revenue Service <br> Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | 1352 MARROWS ROAD STE 204 <br> Number    Street | | |
| | NEWARK <br> City | DE <br> State | 19711-5445 <br> ZIP Code |

Contact Phone (302) 286-1559     Email:

# Proof of Claim for Internal Revenue Taxes

Department of the Treasury/Internal Revenue Service



**In the Matter of:** LAST CALL GUARANTOR LLC
19111 DALLAS PKWY
DALLAS COUNTY
DALLAS, TX 75287

| Form 410 Attachment |
|---|
| Case Number<br>16-11844-KG |
| Type of Bankruptcy Case<br>CHAPTER 11 |
| Date of Petition<br>08/10/2016 |

The United States has not identified a right of setoff or counterclaim. However, this determination is based on available data and is not intended to waive any right to setoff against this claim debts owed to this debtor by this or any other federal agency. All rights of setoff are preserved and will be asserted to the extent lawful.

This Claim Is Being Withdrawn.

**Unsecured Priority Claims** under section 507(a)(8) of the Bankruptcy Code

| Taxpayer ID Number | Kind of Tax | Tax Period | Date Tax Assessed | Tax Due | Interest to Petition Date |
|---|---|---|---|---|---|
| XX-XXX8093 | CORP-INC | 12/31/2015 | 1  NOT FILED | $46,000.00 | $0.00 |

**Total Amount of Unsecured Priority Claims:**  $46,000.00

---

1 THE ABOVE LIABILITY HAS BEEN LISTED AS A POTENTIAL LIABILITY FOR THE DEBTOR BECAUSE THE RETURN HAS NOT BEEN FILED. AS SOON AS THE DEBTOR FILES THE RETURN WITH THE IRS AS REQUIRED BY LAW THIS CLAIM WILL BE ADJUSTED TO REFLECT THE ASSESSED LIABILITY.

**Extremely Urgent**

This envelope is for use with the following services:
UPS Next Day Air®
UPS Worldwide Express®
UPS 2nd Day Air®

Insert shipping documents under window from the top.

Do not use this envelope for:

**Window Envelope**
Use this envelope with shipping documents printed on plain paper.

Visit ups.com® or call 1-800-PICK-UPS® (1-800-742-5877) to schedule a pickup or find a drop-off location near you.

**Domestic Shipments**
To qualify for the Letter rate, UPS Express Envelopes may only contain correspondence, urgent documents, and/or electronic media, and must weigh 8 oz. or less. UPS Express Envelopes containing items those listed or weighing more than 8 oz. will be billed by weight.

**International Shipments**
The UPS Express Envelope may be used only for documents of no commercial value. Certain countries consider electronic media as documents. Visit ups.com/importexport to verify if your shipment is classified as a document.

To qualify for the Letter rate, the UPS Express Envelope must weigh 8 oz. or less. UPS Express Envelopes weighing more than 8 oz. will be billed by weight.

Note: Express Envelopes are not recommended for shipments containing sensitive personal information or breakable items or cash equivalent.

---

JAMES MICHAEL A
302 286-1559
INTERNAL REVENUE SERVICE
1352 MARROWS RD
NEWARK DE 19711

0.0 LBS   LTR   1 OF 1

SHIP TO:
EPIQ BANKRUPTCY SOLUTIONS LLC
THIRD FLOOR
26/Apr/2017 20:31 1007

SHIP TO:
EPIQ BANKRUPTCY SOLUTIONS, LLC
NEW ADD
777 3RD AVE
FL 12
NEW YORK NY 10017 6707

NY 100 9-44

1Z4R53A30199610351

UPS NEXT DAY AIR
TRACKING #: 1Z 4R5 3A3 01 9961 0351                    1

BILLING: P/P

BOD: 9350



FILED / RECEIVED
APR 27 2017
EPIQ SYSTEMS



https://www.campusship.ups.com/cship/create?ActionOriginPair=default_PrintWindow...   4/24/2017