Aldo Brozzetti

7619 Montrachet Lane

Cornelius, NC 28031

August 4, 2017

District of Delaware Bankruptcy Court

824 North Market Street

3rd Floor

Wilmington, DE 19801

Case # 16-11844 (KG)

Your Honor;

I am filing an objection to the motions of *Dismissing Debtor's Chapter 11 Cases* and *Granting Related Relief.*

I was employed for this company as a Managing Partner for 10 years and through the bankruptcy I have lost almost $20,000 of my own money that was invested into my employment contract. My family has suffered catastrophic financial damage in relation to this loss, as well as hundreds of other people. Our lives will never be the same.

I object to letting this company to be allowed to only pay professional fees and not pay any of the other debtors anything that is owed to them. They have used every legal loophole and have drug this process out for so long just to reduce their assets as to not have to pay. This is not right and I do strongly object to this motion. I hope somebody can make this company stop challenging the court system and actually use all their assets to pay the hundreds of debtors some of their money back.

Sincerely,

Aldo Brozzetti