IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| LAST CALL GUARANTOR, LLC, *et al.*,[1] | Case No. 16-11844 (KG) |
| Debtors. | (Jointly Administered) |

NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON NOVEMBER 8, 2017 AT 2:00 P.M.[2]
Location: Before the Honorable Judge Gross, 6th Floor, Courtroom No. 3

**<u>CONTESTED MATTER GOING FORWARD:</u>**

1.  Motion of Debtors for Entry of an Order Pursuant to 11 U.S.C. §§ 105(a), 305(a), 349, 363, 554, and 1112(b) and Fed. R. Bankr. P. 1017(a) and 6007(a) Dismissing Debtors' Chapter 11 Cases and (B) Granting Related Relief [Docket No. 800, Filed July 25, 2017]

    Response Deadline:   August 15, 2017 at 4:00 p.m.
    August 18, 2017 extension CBL & Associates Management, Inc.
    August 23, 2017 extension to Local Texas Tax Authorities
    August 25, 2017 extension to FEAD

    Response(s) Received:

    A.  Objection to Motion to Dismiss of Aldo Brozzetti [Docket No. 814, Filed August 11, 2017]

    B.  Limited Objection of Preit Services, LLC, as Agent for PR Patrick Henry, LLC, to Motion of Debtors for Entry of an Order Pursuant to 11 U.S.C. §§ 105(a), 305(a), 349, 363, 554, and 1112(b) and Fed. R. Bankr. P. 1017(a) and 6007(a) Dismissing Debtors' Chapter 11 Cases and (B) Granting Related Relief [Docket No. 815, Filed August 14, 2017]

---

[1] The Debtors in these Chapter 11 Cases, along with the last four (4) digits of each Debtor's federal tax identification number, if applicable, are: Last Call Guarantor, LLC, Last Call Holding Co. I, Inc. (3962), Last Call Holding Co. II, Inc. (8727), Last Call Operating Co I., Inc. (3541), Last Call Operating Co II., Inc. (8272), F&H Restaurants IP, Inc. (0107), Champps Restaurants IP, Inc. (3776), KS Last Call Inc. (1480), and MD Last Call Inc. (9190). The Debtors' business address is 19111 Dallas Pkwy, Unit 370, Dallas, TX 75287.

[2] Parties who are unable to attend the hearing in person may request telephonic participation in accordance with the Instructions for Telephonic Appearances (see www.deb.uscourts.gov) by contacting CourtCall at 1-866-582-6878 and providing written notice to Debtors' counsel.

*ATL 22465802v1*

C. Reservation of Rights of Unified Merchant Services Regarding Motion of Debtors for Entry of an Order Pursuant to 11 U.S.C. §§ 105(a), 305(a), 349, 363, 554, and 1112(b) and Fed. R. Bankr. P. 1017(a) and 6007(a) Dismissing Debtors' Chapter 11 Cases and (B) Granting Related Relief [Docket No. 816, Filed August 15, 2017]

D. Limited Objection of CBL & Associates Management, Inc., as Managing Agent for The Shoppes at Hamilton Place, LLC, To Motion of Debtors for Entry of an Order Pursuant to 11 U.S.C. §§ 105(a), 305(a), 349, 363, 554, and 1112(b) and Fed. R. Bankr. P. 1017(a) and 6007(a) Dismissing Debtors' Chapter 11 Cases and (B) Granting Related Relief [Docket No. 818, Filed August 18, 2017]

E. Objection to Motion to Dismiss of Scott Newcomb [Docket No. 820, Filed August 21, 2017]

F. Local Texas Tax Authorities' Objection to Motion of Debtors for Entry of an Order Pursuant to 11 U.S.C. §§ 105(a), 305(a), 349, 363, 554, and 1112(b) and Fed. R. Bankr. P. 1017(a) and 6007(a) Dismissing Debtors' Chapter 11 Cases and (B) Granting Related Relief [Docket No. 822, Filed August 23, 2017]

G. Fun Eats and Drinks LLC's Limited Objection and Reservation of Rights with Respect to Motion of Debtors for Entry of an Order Pursuant to 11 U.S.C. §§ 105(a) 105(a), 305(a), 349, 363, 554, and 1112(b) and Fed. R. Bankr. P. 1017(a) and 6007(a) Dismissing Debtors' Chapter 11 Cases and (B) Granting Related Relief [Docket No. 823, Filed August 24, 2017]

H. Objection of Brixmor Property Group, Inc. to Motion of Debtors for An Order Pursuant to 11 U.S.C. §§ 105(a) 105(a), 305(a), 349, 363, 554, and 1112(b) and Fed. R. Bankr. P. 1017(a) and 6007(a) Dismissing Debtors' Chapter 11 Cases and (B) Granting Related Relief [Docket No. 833, Filed August 25, 2017]

I. Notice of Forgiveness from the House of the Lord Most High by Mark Thomas Garrett [Served Pro Se via mail, August 10, 2017]

Related Documents: None.

Status: The Debtors believe that the responses filed at items B, C, D, F, G, and H are resolved. The Debtors will submit a revised proposed order at or prior to the hearing. This matter is going forward.

**UNCONTESTED MATTERS GOING FORWARD:**

2. Motion to Limit Notice of Motion of Debtors for Entry of an Order Pursuant to 11 U.S.C. §§ 105(a), 305(a), 349, 363, 554, and 1112(b) and Fed. R. Bankr. P. 1017(a) and 6007(a) Dismissing Debtors' Chapter 11 Cases and (B) Granting Related Relief [Docket No. 801, Filed July 26, 2017]

    Response Deadline:    August 15, 2017 at 4:00 p.m.

    Response(s) Received:  None.

    Related Documents:    None.

    Status: This matter is going forward.

3. Epiq Systems, Inc. Motion for Allowance and Immediate Payment of its Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b)(1)(A) [Docket No. 837, Filed August 30, 2017]

    Response Deadline:    September 15, 2017 at 4:00 p.m.

    Response(s) Received:  None.

    Related Documents:  None.

    Status: This matter is going forward.

Dated: November 6, 2017                GREENBERG TRAURIG, LLP

                                       */s/ Dennis A. Meloro*
                                       Dennis A. Meloro (DE Bar No. 4435)
                                       1007 North Orange Street, Suite 1200
                                       Wilmington, Delaware 19801
                                       Telephone: (302) 661-7000
                                       Facsimile  (302) 661-7360
                                       Email:  melorod@gtlaw.com

                                              -and-

                                       Nancy A. Mitchell (*admitted pro hac vice*)
                                       Nancy A. Peterman (*admitted pro hac vice*)
                                       Matthew Hinker (DE Bar No. 5348)

200 Park Avenue
New York, New York 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400
Email: mitchelln@gtlaw.com
petermann@gtlaw.com
hinkerm@gtlaw.com

-and-

John D. Elrod (*admitted pro hac vice*)
3333 Piedmont Road, NE, Suite 2500
Atlanta, Georgia 30305
Telephone: (678) 553-2259
Facsimile: (678) 553-2269
Email: elrodj@gtlaw.com

*Counsel for the Debtors and
Debtors-in-Possession*

cc: via Facsimile or Overnight Mail:
Hannah M. McCollum, Esq. (Office of the U.S. Trustee)
Counsel to the Committee
Interested Parties

*ATL 22465802v1*