IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| LAST CALL GUARANTOR, LLC, *et al.*,[1] | Case No. 16-11844 (KG) |
| Debtors. | (Jointly Administered) |
| | Ref. Docket No. 837 |

## ORDER ALLOWING EPIQ SYSTEM INC'S ADMINISTRATIVE EXPENSE CLAIM

Upon consideration of Epiq Systems, Inc.'s Motion for Allowance and Immediate Payment of its Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b)(1)(A) and after due deliberation and sufficient cause appearing therefore, it is hereby:

**ORDERED** that the Motion is GRANTED; and it is further

**ORDERED** that Epiq Systems, Inc. is hereby allowed a Chapter 11 administrative expense claim pursuant to 11 U.S.C. § 503(b)(1)(A) in the amount of $152,175.69 (the "Epiq Administrative Claim"); and it is further

**ORDERED** that the Epiq Administrative Claim shall be paid solely as follows and Epiq Systems, Inc. waives any other right to payment from the Debtors or otherwise on account of the Epiq Administrative Claim:

(a) Greenberg Traurig, LLP is directed to wire transfer $29,351 to Epiq Systems, Inc. from the escrow account that it maintains in connection with these Chapter 11 cases within five (5) days of the entry of this Order;

(b) Immediately prior to filing its certification regarding dismissal of the Chapter 11 Cases with the Court, the Debtors shall wire transfer any remaining net cash on hand to Epiq Systems, Inc.; and

---

[1] The Debtors in these Chapter 11 Cases, along with the last four (4) digits of each Debtor's federal tax identification number, if applicable, are: Last Call Guarantor, LLC, Last Call Holding Co. I, Inc. (3962), Last Call Holding Co. II, Inc. (8727), Last Call Operating Co I., Inc. (3541), Last Call Operating Co II., Inc. (8272), FHR IP, Inc. (0107), CR IP, Inc. (3776), KS Last Call Inc. (1480), and MD Last Call Inc. (9190). The Debtors' business address is 19111 Dallas Pkwy, Unit 370, Dallas, TX 75287.

(c) To the extent that Epiq Systems, Inc. is not paid in full from these two sources of funds and unless otherwise agreed by the Debtors and Eqiq Systems, Inc., the Debtors and their estates are authorized and directed to immediately direct all applicable taxing authorities to remit directly to Epiq Systems, Inc. all funds due, returnable or refundable from such taxing authorities to any of the Debtors. Prior to the dismissal and closing of the Debtors' cases, the Debtors shall take all necessary measures to facilitate the remittance of such funds by the applicable taxing authorities to Epiq Systems, Inc., including, but not limited to, by executing a form notice to taxing authorities acceptable to Epiq Systems, Inc. and undertaking any and all other reasonable measures requested by Epiq Systems, Inc. Epiq Systems, Inc. is authorized to endorse for its benefit any check made by a taxing authority in favor of one or more of the Debtors; and it is further

**ORDERED** that this Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.

Date: November 8, 2017

Wilmington, Delaware

_____
The Honorable Kevin Gross
United States Bankruptcy Judge

ATL 22333092v2